(August 12, 2008)

■ Rima Adorno et al., Appellants, v John T. Adorno, Inc., Doing Business as Universal Construction, Respondent. [861 NYS2d 949]—In an action to recover damages for personal injuries, etc., the plaintiffs appeal, as limited by their brief, from so much of an order of the Supreme Court, Westchester County (Smith, J.), dated September 28, 2007, as granted that branch of the defendant's motion which was for summary judgment dismissing the complaint.

Ordered that the order is reversed insofar as appealed from, on the law, with costs, and that branch of the defendant's motion which was for summary judgment dismissing the complaint is denied.

In support of its motion, the defendant failed to demonstrate, prima facie, its entitlement to judgment as a matter of law. Accordingly, that branch of the motion which was for summary judgment dismissing the complaint should have been denied (*see* CPLR 3212). Skelos, J.P., Ritter, Florio and Carni, JJ., concur. [*See* 17 Misc 3d 680.]